FILED

SEP 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JERRY W. BAKER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CAMERON; et al.,<br><br>        Defendants - Appellees. | No. 11-17004<br><br>D.C. No. 2:10-cv-01811-KJM<br>Eastern District of California,<br>Sacramento<br><br><br>ORDER |

Before: HAWKINS, CLIFTON, and IKUTA, Circuit Judges.

Appellees' motion to dismiss this appeal for lack of jurisdiction is granted. *See* 28 U.S.C. § 1291; *Chacon v. Babcock,* 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties); *see also Riverhead Sav. Bank v. Nat'l Mortgage Equity Corp.*, 893 F.2d 1109, 1113 (9th Cir. 1990) (Rule 11 sanctions order against party is not appealable collateral order).

**DISMISSED.**

MF/Pro Se