**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
LaKeysia R. Beene, CSB #265078

Attorneys for defendants
CULLISON, CAMERON, MARSH
and STANTON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BAKER,<br><br>                    Plaintiff,<br><br>v.<br><br>GARY R. STANTON, et al.<br><br>                    Defendants. | CASE NO: 2:10-cv-01811 KJM KJN P<br><br>**ORDER GRANTING ISSUANCE OF WRIT OF EXECUTION** |

On reading the application and declaration on behalf of judgment creditors

Cullison, Cameron, Marsh and Stanton and good cause appearing therefor, IT IS

HEREBY ORDERED that the application be, and it hereby is, granted, and that a writ of

execution issue in the sum of $267.50, plus necessary levying officer fees pursuant to

the California Code of Civil Procedure § 685.050, be directed to the Sheriff or Marshall

of the County of Solano, California.

IT IS SO ORDERED.

DATED:  July 9, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cw/bake1811.writ